

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed April 5, 2023

_____
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re: MONICA LATRICE GAY      §         Cause no. 23-40075
                               §         Chapter 13

### AGREED ORDER LIFTING AUTOMATIC STAY
(This Order Resolves Docket # 20)

1. This Order concerns the lease of Debtor(s)' residence and that is held, directly or in its capacity as agent for the holder, by Sequin 2014 LP, ("Movant"). The property that is the subject of this motion 3527 Wakefield Court, Apt 3527CT, Arlington, Texas 76015 (the "Property"). Notices sent pursuant to this Order must be sent to Brandy M. Alexander, Alexander Law, PLLC, 2502 La Branch St, Houston, Texas 77004 (if to Movant) and Lee Law Firm, LLC, 8701 Bedford Euless Road, Suite 510, Hurst, Texas 76053 (if to Debtor).

2. The Debtor agrees that:
   A. The automatic stay regarding the Property is lifted on March 14, 2023.
   B. Any co-debtor(s) stay is also lifted on March 14, 2023.
   C. Debtor(s) will vacate the Property on or before March 14, 2023.
   D. Debtor(s) will turn over the Property in broom swept condition on or before March 14, 2023.

AGREED AND ENTRY REQUESTED:

/s/ Brandy M. Alexander
ALEXANDER LAW, PLLC
Brandy M. Alexander
State Bar No.: 24108421
2502 La Branch St
Houston, Texas 77004
Telephone: 832-360-2318
Fax: 346-998-0886
E-mail: brandyalexander@alexanderpllc.com

_____
LEE LAW FIRM, PLLC
Eric A. Maskell
State Bar No. 24041409
8701 Beddford Euless Road, Suite 510
Hurst, Texas 76053
Telephone: 469-646-8995
Fax: 469-694-1059
E-mail: emaskell@leelawtx.com

# # # End of Order # # #